JAY-WASHINGTON REALTY CORPORATION, Respondent, *v.* BENJAMIN KOONDEL et al., Individually and as Copartners Trading as KOONDEL & RUBIN BROS., Appellants.

Submitted January 2, 1945; decided January 11, 1945.

*Leonard Belford* for motion to dismiss appeal and in opposition to motion for leave to appeal.

*Meyer D. Siegel* and *Samuel S. Schwartz* for motion for leave to appeal and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion.

Motion for leave to appeal denied.